Case 3:24-cv-00109   Document 4   Filed on 04/29/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 29, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:24-cv-109

Cordell Deonzio Hinton, TDCJ #02132141, Petitioner,

v.

Bobby Lumpkin, Respondent.

## FINAL JUDGMENT

Jeffrey Vincent Brown, *United States District Judge*:

For the reasons set forth in this court's memorandum opinion and order of even date, this case is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this order to the parties.

Signed on Galveston Island this  29th  day of   April            , 2024.

                                    _____
                                    JEFFREY VINCENT BROWN
                                    UNITED STATES DISTRICT JUDGE